UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BARRY S. EDGE (#114250)**  CIVIL ACTION

**VERSUS**

**RICHARD L. STALDER, ET AL.**  NO. 01-09-BAJ-RLB

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein.  Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on September 1, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BARRY S. EDGE (#114250)**                                                          **CIVIL ACTION**

**VERSUS**

**RICHARD L. STALDER, ET AL.**                                                   **NO. 01-09-BAJ-RLB**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Motion for Partial Dismissal filed by defendants Richard Stalder, Burl Cain, Jimmy Johnson, Paul Perkins, Doug Durrett, Ronald Welch, and Joseph Lamertiniere (R. Doc. 43). This motion is not opposed.

The *pro se* plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights through excessive use of force and failure to intervene and protect him from physical harm. The plaintiff seeks monetary and declaratory relief.

In the instant motion, defendants Stalder, Cain, Johnson, Perkins, Durrett, Welch and Lamartiniere seek dismissal on jurisdictional grounds, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, of the plaintiff's claim against the defendants in their official capacity. In this regard, the defendants are correct that § 1983 does not provide a federal forum for a litigant who seeks monetary damages against either a state or its officials acting in their official capacities, specifically because these officials are not seen to be "persons" within the meaning of § 1983. *Will v. Michigan Department of State Police*, 491 U.S. 58, 71 (1989). In addition, in *Hafer v. Melo,* 502 U.S. 21 (1991), the United States Supreme Court addressed the distinction between official capacity and individual capacity lawsuits and made clear that a suit against a state official in an official capacity for monetary damages is treated as a suit against the state and

is therefore barred by the Eleventh Amendment. *Id*. at 25. Accordingly, the plaintiff's claims asserted against defendants Stalder, Cain, Johnson, Perkins, Durrett, Welch and Lamartiniere in their official capacity for monetary damages are subject to dismissal. In contrast, the plaintiff's claims for monetary damages asserted against these defendants in their individual capacities remain viable because a claim against a state official in an individual capacity, seeking to impose personal liability for actions taken under color of state law, is not treated as a suit against the state. *Id*. at 29. The plaintiff's claim for declaratory relief asserted against these defendants in their official capacities also remains viable because such a claim is not treated as a claim against the state. *Will v. Michigan Department of State Police*, *supra*, 491 U.S. at 71 n.10. Of course, the plaintiff must be able to prove a deprivation of his constitutional civil right in order to obtain any entitlement to relief.

## RECOMMENDATION

It is the recommendation of the Magistrate Judge that the defendants' Motion for Partial Dismissal (R. Doc. 43) be granted, dismissing the plaintiff's claims for monetary damages asserted against defendants Stalder, Cain, Johnson, Perkins, Durrett, Welch and Lamartiniere in their official capacities.

Signed in Baton Rouge, Louisiana, on September 1, 2016.

                                             _____
                                             **RICHARD L. BOURGEOIS, JR.**
                                             **UNITED STATES MAGISTRATE JUDGE**