UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARRY S. EDGE (#114250)　　　　　　　　　　　　　CIVIL ACTION

VERSUS

RICHARD L. STALDER, ET AL.　　　　　　　　　　　NO.:01-00009-BAJ-RLB

RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 52)**, pursuant to 28 U.S.C. § 636(b)(1), addressing Defendants' Motion for Partial Dismissal Pursuant to Federal Rule of Civil Procedure 12(c) (Doc. 43). The Magistrate Judge recommended that Defendants' Motion for Partial Dismissal (Doc. 43) be granted, dismissing the plaintiff's claims for monetary damages asserted against defendants Richard L. Stalder, N. Burl Cain, Jimmy Johnson, Paul Perkins, Doug Durrett, Ronald Welch and Joseph Lamartinire in their official capacities.[1]

The Report and Recommendation notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 52 at p. 1). Plaintiff did not file an objection.

---

[1] The individual claims against Defendant Paul Perkins, which comprised the subject matter of a different Report and Recommendation, will be addressed in a separate order.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 52)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Defendants' **Motion for Partial Dismissal Pursuant to Federal Rule of Civil Procedure 12(c) (Doc. 43)** is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's 42 U.S.C. § 1983 claims against Defendants in their official capacity for monetary damages are **DISMISSED**.

Baton Rouge, Louisiana, this 21ST day of November, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA